KAZEROUNI LAW GROUP, APC
2221 CAMINO DEL RIO SOUTH SUITE 101
SAN DIEGO, CA 92108

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| EVA MARIE YEE, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASSURANCE IQ, LLC, <br><br> Defendant. | Case No: 2:19-cv-02010-TSZ <br><br> **ORDER** |

Based upon the Parties' Stipulation, it is hereby ordered that: (1) the Court shall set Plaintiff's deadline to file her motion for Class Certification after the parties file the combined Joint Status Report and Discovery Plan on or before February 10, 2020, and (2) Defendant shall have until January 28, 2020 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: January 6, 2020.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Abbas Kazerouni*
Abbas Kazerounian, Esq.
State Bar No. 48522
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ak@kazlg.com

**HYDE & SWIGART, APC**
**2221 CAMINO DEL RIO SOUTH SUITE 101**
**SAN DIEGO, CA 92108**