1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Eva Marie Yee, | **CASE NO.: 2:19-CV-02010-TSZ** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| Assurance IQ, LLC, | |
| Defendant. | |

Plaintiff Eva Marie Yee hereby moves to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: January 23, 2020          By:  *s/ Abbas Kazerounian*
                                                 Abbas Kazerounian Esq.
                                                 **KAZEROUNI LAW GROUP, APC**
                                                 245 Fischer Ave, Suite D1
                                                 Costa Mesa, CA 92626
                                                 Telephone: (800) 400-6808
                                                 Facsimile: (800) 520-5523
                                                 Email: ak@kazlg.com

                                                 *Counsel for Plaintiff*